UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

DEC 10 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

WILLIAM LEE GRANT II
PLAINTIFF

FEDERAL QUESTION
28 USC 1331

v.

U.S. DEPARTMENT OF DEFENSE

DEFENDANTS

WHAT ARE THE RAMIFIC-
ATIONS OF THE DoD
KEEPING MR. GRANT IN
ILLINOIS FOR NEARLY
THIRTY (30) YEARS UNDER
THREAT OF MILITARY
FORCE?

\* U.S. SOUTHERN COMMAND IS
A PART OF THE DoD, AND
IS LOCATED IN DORAL
FLORIDA (28 USC 1391(b)(2).

CIVIL LIBERTIES COMPLAINT

DISTRICT COURT HAS JURISDICTION PURSUANT TO:

① 28 USC 1346 (b)(1); 28 USC 1331; 28 USC 1391(b)(2);
42 USC 1983; 42 USC 1985(3); 28 USC 1391(b)(3);
AND

② MR. GRANT HAS A CLAIM UNDER U.S. CONST. AMEND IV;
U.S. CONST. AMEND V; U.S. CONST. AMEND XIII; AND U.S.
CONST. AMEND XIV.

③ THE STATE OF ILLINOIS WAIVED SOVEREIGN
IMMUNITY BY CONSENTING TO 16-CV-3245 AND 17-
CV-3261 TO THE ILLINOIS CENTRAL DISTRICT
FROM THE SEVENTH CIRCUIT OF ILLINOIS.

④ THE STATE OF ILLINOIS AND U.S. DEPARTMENT
OF DEFENSE (DoD) DO NOT HAVE SOVEREIGN IMMUNITY
PURSUANT TO: 42 USC 1985(3) AND 42 USC 1983.


①

5) EIGHTEEN (18) FEDERAL COURTS HAVE NOT FOUND MR. GRANT [redacted] 28 USC 1915(e)(2)(B)(i), 28 USC 1915(e)(2)(B)(ii), OR 28 USC 1915(e)(2)(B)(iii).

6) THE ILLINOIS ATTORNEY GENERAL AND U.S. DEPARTMENT OF JUSTICE DEFAULTED AND FAILED TO DENY MR. GRANT'S ALLEGATIONS IN 16-cv-3245 AND 17-cv-3261.

7) THE COMMANDER-IN-CHIEF (RONALD REAGAN) DIRECTED THE SECRETARY OF DEFENSE TO CREATE MR. GRANT TO PREDICT FUTURE NUCLEAR ATTACKS.

8) THE OFFICE OF THE SECRETARY OF DEFENSE CREATED MR. GRANT [redacted] AT AIR FORCE SYSTEMS COMMAND IN OHIO IN 1992.

9) THE FUNDS TO CREATE MR. GRANT CAME FROM THE STRATEGIC DEFENSE INITIATIVE.

10) THE OFFICE OF THE SECRETARY OF DEFENSE "DROPPED OFF" MR. GRANT IN SPRINGFIELD ILLINOIS IN 1992 WITH DR. BILL GRANT AND [redacted] ARMENTA JOHNSON TO BE: BEATEN; ENDURE PSYCHOLOGICAL WAR-FARE; AND TO BE THE DoD'S WITNESS TO THE 9/11 TERRORIST ATTACKS.

11) GREGORY K. HARRIS LEFT THE PENTAGON IN THE EARLY 1990's TO ILLEGALLY SURVEIL [redacted] MR. GRANT THROUGH THE ILCD U.S. ATTORNEY'S OFFICE.



12) GREGORY K. HARRIS DIRECTED MR. GRANT'S DENTISTS AND ORTHODONTIST TO DRILL THE ENAMEL OFF MR. GRANT'S TEETH.

13) GREGORY K. HARRIS DIRECTED MR. GRANT'S OPTOMETRIST TO GIVE MR. GRANT AN INCORRECT PRESCRIPTION LENSE TO DIMINISH MR. GRANT'S VISION.

14) WHEN MR. GRANT TURNED SEVENTEEN (17) IN 2002, MR. GRANT WAS FORCED TO STAB DR. GRANT, OR THE OFFICE OF THE SECRETARY OF DEFENSE WOULD HAVE SENT SOMEONE TO ▓▓▓ KILL DR. GRANT.

15) GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S LAWYERS.

16) MR. GRANT WAS FORCED TO "ACT GAY" FOR SEVEN (7) YEARS, OR THE OFFICE OF THE SECRETARY WOULD HAVE SENT SOMEONE TO RAPE MR. GRANT.

17) THE DOD, GREGORY K. HARRIS, AND THE ILLINOIS STATE POLICE (ISP) "SET-UP" MR. GRANT FOR A DRIVING UNDER THE INFLUENCE (DUI) CHARGE TO STRIP MR. GRANT OF HIS DRIVER'S LICENSE.

18) IN 2009, ISP TROOPER TYLER PRICE "STOPPED" MR. GRANT FOR AN ALLEGED IMPROPER LANE CHANGE.

19) ISP TROOPER TYLER PRICE FAILED TO MIRANDIZE MR. GRANT, AND FAILED TO OBTAIN A WARRANT TO DRAW MR. GRANT'S BLOOD.

③

20) ISP TROOPER TYLER PRICE ISSUED MR. GRANT MULTIPLE DUI TICKETS STEMMING FROM ONE 2009 TRAFFIC STOP.

21) THE SANGAMON COUNTY STATE'S ATTORNEY'S OFFICE (IL) FILED MULTIPLE DUI CASES AGAINST MR. GRANT STEMMING FROM ONE 2009 TRAFFIC STOP.

22) GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S ▓▓▓▓▓▓▓ LAWYERS.

23) MR. GRANT WAS SOBER.

24) MR. GRANT WAS HIRED BY THE STATE OF ILLINOIS IN 2011 TO BE RETALIATED AGAINST TO GIVE CAUSE FOR MR. GRANT AND THE ILLINOIS ATTORNEY GENERAL TO APPEAR IN COURT.

25) DEIRDRE 'D.K.' HIRNER MADE AN AGREEMENT WITH THE DOD IN THE EARLY 1990's TO HIRE MR. GRANT IN THE FUTURE.

26) ANN L. SCHNEIDER MADE AN AGREEMENT WITH THE ▓▓▓▓▓▓ DOD IN THE EARLY 1990's TO HIRE MR. GRANT IN THE FUTURE.

27) D.K. HIRNER (CHIEF OF STAFF) HIRED MR. GRANT IN 2011 AS A POLICY ANALYST IN THE OFFICE OF THE ILLINOIS LIEUTENANT GOVERNOR.

100) VENUE IS PROPER PURSUANT TO: ▓▓▓▓▓▓▓▓▓▓▓▓
28 USC 1391(b)(3).



4

28. ANN L. SCHNEIDER (SECRETARY) HIRED MR. GRANT IN 2012 AS A STAFF ASSISTANT WITH THE ILLINOIS DEPARTMENT OF TRANSPORTATION (IDOT).

29. IN 2012, MR. GRANT FILED AN ETHICS COMPLAINT AND A CIVIL RIGHTS COMPLAINT WITH THE STATE OF ILLINOIS.

30. MR. GRANT WAS RETALIATED AGAINST FOR FILING TWO COMPLAINTS WITH THE STATE OF ILLINOIS IN 2012.

31. MR. GRANT ENDURED A HOSTILE WORK ENVIRONMENT, WORK PRODUCTS BEING SABOTAGED, SLANDER, GEOGRAPHIC RELOCATION, NEGATIVE PERFORMANCE EVALUATIONS, REVOCATION OF A PROMOTION, AND BEING ASSIGNED JOB TASKS BELOW MR. GRANT'S PAY GRADE.

32. IN NOVEMBER 2014, MR. GRANT TRANSFERRED FROM THE IDOT TO THE ILLINOIS GOVERNOR'S OFFICE.

33. IN DECEMBER 2014, THE ILLINOIS GOVERNOR'S OFFICE FAILED TO ADD MR. GRANT TO PAYROLL.

34. IN 2015, MR. GRANT WAS WRONGFULLY DENIED FEDERAL UNEMPLOYMENT BENEFITS BY THE ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY.

35. MR. GRANT FOUND HIMSELF BLACKLISTED.

107. EXHIBITS IN SUPPORT OF MR. GRANT'S ALLEGATIONS ARE INCLUDED IN 16-CV-3245, 17-CV-3264, AND 19-CV-3001.

5

(36) THE DOD KEPT MR. GRANT IN ILLINOIS FOR NEARLY THIRTY (30) YEARS UNDER THREAT OF MILITARY FORCE TO BRING THIS ACTION.

(37) ALAN D. BRENTS AND LARISSA M. YOUNG SEXUALLY ASSAULTED MR. GRANT IN 2003 AT THE DIRECTION OF GREGORY K. HARRIS.

(38) THOMAS W. COATS AND JUSTIN CHAJINDOS SEXUALLY ASSAULTED MR. GRANT IN 2014 AT THE DIRECTION OF GREGORY K. HARRIS.

(39) GREGORY K. HARRIS RECRUITED (THEN ILCD U.S. ATTORNEY) RODGER A. HEATON TO ILLEGALLY SURVEIL AND CONSPIRE AGAINST MR. GRANT.

(40) GREGORY K. HARRIS RECRUITED NIVEKSHA HILL TO ILLEGALLY SURVEIL AND CONSPIRE AGAINST MR. GRANT.

(41) DONALD RUMSFELD GAVE A "STAND DOWN" ORDER ON 9/11 WITH THE CONSENT OF BUSH AND CHENEY.

(42) THE OFFICE OF THE SECRETARY OF DEFENSE SAID, "DONALD RUMSFELD WAS AT AN AIRBASE ON 9/11, AND GAVE A "STAND DOWN" ORDER."

(43) DONALD RUMSFELD WAS AT THE PENTAGON ON 9/11, A GAVE A "STAND DOWN" ORDER WITH THE CONSENT OF BUSH AND CHENEY.

(6)

44) DICK CHENEY LOBBIED FOR THE INVASION OF IRAQ TO GENERATE PROFIT FOR HALLIBURTON.

45) DICK CHENEY MADE $700 MILLION DUE TO THE INVASION OF IRAQ.

46) HILLARY RODHAM CLINTON KILLED VINCE FOSTER.

47) HILLARY RODHAM CLINTON LOBBIED FOR THE 1994 CRIME BILL IN EXCHANGE FOR FUTURE CAMPAIGN CONTRIBUTIONS FROM THE PRIVATE PRISON INDUSTRY.

48) HILLARY RODHAM CLINTON RECEIVED THE CONTRIBUTIONS DURING THE 2016 PRESIDENTIAL GENERAL ELECTIONS.

49) HILLARY RODHAM CLINTON SENT AMBASSADOR J. CHRISTOPHER STEVENS TO BENGHAZI, LIBYA AS A SUICIDE MISSION TO PREVENT THE AMBASSADOR FROM RELEASING A REPORT ADVOCATING THE DIVERSION OF FUNDS FROM IRAN TO LIBYA.

50) BILL CLINTON FIRED FEDERAL BUREAU OF ▓▓▓▓ INVESTIGATION DIRECTOR WILLIAM S. SESSIONS TO CONCEAL THE MURDER OF ▓▓▓▓▓▓▓▓ VINCE FOSTER.

51) BILL CLINTON IS A SERIAL RAPIST.

52) RICHARD M. DALEY ▓▓▓▓▓▓ KILLED CHICAGO MAYOR HAROLD LEE WASHINGTON AND BERNARD EPTON.

53) RICHARD M. DALEY'S SALE OF CHICAGO'S PARKING METERS IS FRAUD.

7

(54) RICHARD J. DALEY SANCTIONED THE TORTURING OF AFRICAN-AMERICANS IN COOK COUNTY (IL) TO ELICIT COERCED WRONGFUL CONFESSIONS.

(55) ANITA ALVAREZ ▇▇▇ (COOK COUNTY STATE'S ATTORNEY (IL)) ENTERED INTO A CONSPIRACY TO ALLOW CHICAGO COPS TO SHOOT BLACK PEOPLE FOR SPORT WITHOUT FEAR OF CRIMINAL PROSECUTION.

(56) JAMES ▇▇▇ R. THOMPSON ASSISTED RICHARD M. DALEY CONCEAL THE MURDER OF CHICAGO MAYOR HAROLD LEE WASHINGTON AND BERNARD EPTON.

(57) JAMES R. THOMPSON FAILED TO PROSECUTE RICHARD J. DALEY FOR PUBLIC CORRUPTION IN EXCHANGE FOR RICHARD J. DALEY SUPPRESSING THE DEMOCRATIC VOTE TO ALLOW JAMES R. THOMPSON TO WIN THE ILLINOIS GUBERNATORIAL ELECTION AS A REPUBLICAN.

(58) THE HOUSE OF SAUD WAS COMPLICIT IN THE 9/11 TERRORIST ATTACKS.

(59) PHILIP MOUNTBATTEN "ORDERED" THE ASSASSINATION OF DIANA, PRINCESS OF WALES. THE BRITS NEED LOOK AT MI5.

(60) COURTNEY LOVE KILLED KURT COBAIN.

(61) LOUIS FARRAKHAN KILLED MALCOLM X.

(62) MARION ▇▇▇ "SUGE" KNIGHT JR. KILLED CHRISTOPHER "BIGGIE SMALLS" WALLACE.

(8)

63) SUGE KNIGHT BRIBED THE LOS ANGELES POLICE DEPARTMENT TO CONCEAL SUGE KNIGHT'S ROLE IN THE MURDER OF BIGGIE SMALLS.

64) O.J. SIMPSON KILLED NICOLE BROWN-SIMPSON AND RONALD GOLDMAN.

65) THE CENTRAL INTELLIGENCE AGENCY KILLED JOHN F. KENNEDY.



PRESCOTT BUSH
↓
ALLEN DULLES
↓
LYNDON B. JOHNSON

E. HOWARD HUNT'S 2003 CONFESSION IS VALID. HUNT'S BODY WAS FAILING, BUT HIS MIND WAS SOUND.

66) THE CENTRAL INTELLIGENCE AGENCY (CIA) ORCHESTRATED THE ARAB SPRING.

67) HENRY KISSINGER IS A WAR CRIMINAL FOR HIS ROLE IN THE VIETNAM WAR, CAMBODIA, CHILE, AND ARGENTINA.

68) BRUCE RAUNER BRIBED RAHM EMANUEL TO HIDE NATIONAL SECURITY REPORTS WHILE RAHM EMANUEL WORKED IN THE CLINTON WHITE HOUSE.

69) BRUCE RAUNER ASSISTED RAHM EMANUEL IN MAKING $14 MILLION IN THREE YEARS UPON LEAVING THE CLINTON WHITE HOUSE.


9

70) BRUCE RAUNER WENT ON TO MAKE HUNDREDS OF MILLIONS OF DOLLARS THROUGH DOD INFORMATION TECHNOLOGY CONTRACTS.

71) THE CENTRAL INTELLIGENCE AGENCY TRIANGULATED AGAINST THE DOD TO USE THE DOD TO ACHIEVE THE CIA'S MANDATE TO CONTAIN COMMUNISM IN SOUTHEAST ASIA.

72) THE ILLINOIS ATTORNEY GENERAL FAILED TO DENY MR. GRANT'S ALLEGATIONS IN THE ILLINOIS COURT OF CLAIMS (18CC0946 & 18CC1057).

73) THE ILLINOIS ATTORNEY GENERAL FAILED TO DENY MR. GRANT'S ALLEGATIONS IN THE SEVENTH CIRCUIT OF ILLINOIS (17-mr-754).

74) THE ILCD FAILED TO ENTER DEFAULT JUDGMENT AGAINST THE STATE OF ILLINOIS AND U.S. DEPARTMENT OF JUSTICE IN 16-cv-3245 AND 17-cv-3262.

75) OPERATION:HOMETOWN GLORY IS A SPECIAL COLLECTION SERVICE (U.S. DEPARTMENT OF DEFENSE) HUMAN INTELLIGENCE DOMESTIC BLACK OPERATION RUN UNDER THE BANNER OF THE U.S. DEPARTMENT OF JUSTICE.

76) THE SPECIAL COLLECTION SERVICE IS A "JOINT" CIA AND NATIONAL SECURITY AGENCY PROGRAM.

10)

(77) THE CIA IS LIABLE FOR THE ACTIONS OF THE SPECIAL COLLECTION SERVICE.

(78) THE OFFICE OF THE SECRETARY OF DEFENSE DESIGNATED OPERATION: HOMETOWN GLORY AS ██ A SPECIAL COLLECTION SERVICE PROGRAM.

(79) THE OFFICE OF THE SECRETARY OF HAS COMMAND AUTHORITY OF THE DOD AND NATIONAL SECURITY AGENCY.

(80) THE DOD CONSPIRED AGAINST MR. GRANT THROUGH OFFICIALS AND EMPLOYEES OF THE STATE OF ILLINOIS CREATING A CAUSE OF ACTION FOR MR. GRANT PURSUANT TO 42 USC 1985(3) AND 42 USC 1983.

(81) THE ILLINOIS CENTRAL DISTRICT HAS NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii);

(82) ██ ILLINOIS NORTHERN DISTRICT JUDGE VIRGINIA M. KENDALL (17-CV-7902) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).

(107) RES JUDICATA IS NOT APPLICABLE. THE ILLINOIS ATTORNEY GENERAL AND DOJ DID NOT FILE ANSWERS TO MR. GRANT'S ALL-EGATIONS IN 16-CV-3245 AND ██ 17-CV-3267. THE CASE HAS NOT BEEN DECIDED ON THE MERITS.

(11)

(83) ILLINOIS SOUTHERN DISTRICT JUDGES: MICHAEL J. REAGAN (17-CV-1257); STACI M. YANDLE (19-CV-332); AND NANCY J. ROSENSTENGEL (18-CV-806 + 19-CV-1104) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE:

28 USC 1915 (e)(2)(B)(i);

28 USC 1915(e)(2)(B)(ii);

OR

28 USC 1915 (e)(2)(B)(iii).

(84) EASTERN DISTRICT OF VIRGINIA JUDGES: LEONIE M. BRINKEMA (18-CV-449); ANTHONY J. TRENGA (18-CV-543); ROBERT E. PAYNE (18-CV-369); AND LIAM O'GRADY (18-CV-1328) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE:

28 USC 1915 (e)(2)(B)(i);

28 USC 1915 (e)(2)(B)(ii); OR

28 USC 1915 (e)(2)(B)(iii).

(85) DISTRICT OF COLUMBIA JUDGES: TANYA S. CHUTKAN (17-CV-1434); JAMES E. BOASBERG (18-CV-1162); RUDOLPH F. CONTRERAS (18-CV-1805 + 18-CV-1806); AND CHRISTOPHER R. COOPER (18-CV-1804) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE:

28 USC 1915 (e)(2)(B)(i);

28 USC 1915 (e)(2)(B)(ii); OR

28 USC 1915 (e)(2)(B)(iii).



(86) DISTRICT OF MARYLAND JUDGES: GEORGE L. RUSSELL III ( 18-CV-1327 + 19-CV-2265) AND PAULA XINIS (18-CV-1705) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).

(87) MR. GRANT'S WITNESSES

MICHAEL J. MADIGAN
JESSE WHITE
EMIL JONES
BARACK H. OBAMA

(102) THE DoD "HACKED" MR. GRANT'S COMPUTER, CELLULAR PHONE, AND KEPT MR. GRANT UNDER SATELLITE SURVEILLANCE.

(88) MR. GRANT SEEKS $99 TRILLION IN DAMAGES.

(89) SHAWN CARTER IS THE BEST BIG BROTHER A KID COULD ASK FOR.

(90) ALAN D. BRENTS IS THE WORST ~~~~ BROTHER THE PENTAGON COULD FIND FOR MR. GRANT.

(91) THOMAS W. COATS HAS A SMALL PENIS. TOM HOPPER DOES NOT.

(92) TONY BLAIR SAID, "ENGLAND'S NOT DOWN. IT'S IN. ENGLAND IS NEVER DOWN."

(93) STEVE JOBS HAS A LARGE PENIS. STEVE JOBS HAS AN ASHTON KUTCHER SIZE PENIS.

(13)

94) FREDDIE STROMA IS THE SAME SIZE AS TOM HOPPER.

ADELE IS THE BEST.

95) DISTRICT OF NEBRASKA JUDGE RICHARD G. KOPF (18-CV-246 + 18-CV-247) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915 (e)(2)(B)(i);
28 USC 1915 (e)(2)(B)(ii); OR
28 USC 1915 (e)(2)(B)(iii).

96) U.S. COURT OF FEDERAL CLAIMS JUDGES: PATRICIA E. CAMPBELL-SMITH (16-1621C) AND LOREN A. SMITH (17-1785C + 18-1687) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR

97) THE JOINT CHIEFS OF STAFF SAID, "J. LIGHTFOOT IS A REAL C#NT."

98) CLETIA BOWEN IS A B*TCH.



101) THE DOD REMEMBERS "NAM."

14

WILLIAM LEE GRANT II
901 WYTHE ROAD
SPRINGFIELD, IL 62702

102) THE OFFICE OF THE SECRETARY OF DEFENSE "HACKED" MR. GRANT'S CELLULAR PHONE AND COMPUTER.

THE OFFICE OF THE SECRETARY OF DEFENSE KEPT MR. GRANT UNDER SATELLITE SURVEILLANCE FOR MORE THAN THAN THAN TWENTY-SIX (26) YEARS.

103) THE ILLEGAL SURVEILLANCE OF MR. GRANT IS A VIOLATION OF MR. GRANT'S U.S. CONST. AMEND IV RIGHT

104) GREGORY K. HARRIS UNDERMINING MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S LAWYERS, AND MR. GRANT BEING CHARGED WITH MULTIPLE DUIs FROM ONE TRAFFIC STOP IS A VIOLATION OF MR. GRANT'S U.S. CONST. AMEND V RIGHTS.

105) THE DoD DETAINING MR. GRANT IN ILLINOIS FOR NEARLY THIRTY (30) YEARS TO BRING THIS ACTION IS A VIOLATION OF MR. GRANT'S U.S. CONST AMEND XIII RIGHT.

106) MR. GRANT BEING DENIED THE RIGHTS AND PROTECTIONS OF A U.S. CITIZEN IS A VIOLATION OF MR. GRANT'S U.S. CONST. AMEND XIV RIGHT.

99) MR. GRANT HAS BEEN UNABLE TO PROCEED IN ILLINOIS.

NOVEMBER 26, 2019
WILLIAM LEE GRANT II
901 WYTHE ROAD
SPRINGFIELD, IL 62702
(217) 726-5269

15)

William Lee Grant, II
901 Wythe Road
Springfield, IL 62702

OFFICIAL BUSINESS

CLERK'S OFFICE.
U.S. DISTRICT COURT
701 CLEMATIS STREET
Room 202
WEST PALM BEACH, FL 33401






FOREVER / USA

GRANT II v DoD    EXHIBIT IN SUPPORT OF COMPLAINT

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

WILLIAM LEE GRANT, II ,

        Plaintiff,

v.                            Case No:  6:19-cv-1235-Orl-40LRH

GREGORY K. HARRIS, JOINT CHIEFS
OF STAFF and U.S. SPECIAL
OPERATIONS COMMAND,

        Defendants.

_____/

## ORDER

This cause is before the Court on Plaintiff's Application to Proceed in District Court

Without Prepaying Fees or Costs (Doc. 2), filed on July 5, 2019. The United States

Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that

no objections were timely filed, the Court agrees entirely with the findings of fact and

conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed July 26, 2019 (Doc. 6) is **ADOPTED**

and **CONFIRMED** and made a part of this Order.

2.    The Application to Proceed in District Court Without Prepaying Fees or

Costs (Doc. 2) is **DENIED**.

3.    The case is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to

terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on August 13, 2019.

GRANT II v DoD

EXHIBIT
IN SUPPORT
OF COMPLAINT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

WILLIAM LEE GRANT II,

      Plaintiff,

v.                                No. 1:19-cv-01077-JHR

U.S. DEPARTMENT OF DEFENSE, et al.,

      Defendants.

## MEMORANDUM OPINION AND ORDER
## TRANSFERRING VENUE TO CENTRAL DISTRICT OF ILLINOIS

**THIS MATTER** comes before the Court on Plaintiff's Civil Liberties Complaint, Doc. 1, filed November 18, 2019 ("Complaint"). For the reasons stated below, the Court concludes the District of New Mexico is not a proper venue for this case and **TRANSFERS** this case to the Central District of Illinois.

Plaintiff states: "Venue is proper pursuant to: 28 USC 1[39]1(e)(1)(A) and 28 USC 1391(b)(3). The Missile Defense Agency is located in New Mexico." Complaint at 4. Section 1391(e)(1)(A) provides that a civil action in which a defendant is an agency of the United States may be brought in any judicial district in which a defendant in the action resides. Section 1391(b)(3) is quoted in the following paragraph. Plaintiff has not established that the District of New Mexico is the proper venue for this case because there are no allegations in the Complaint indicating that the Missile Defense Agency is a defendant in this case, or that any Defendant resides in the District of New Mexico.

The statute governing venue in general states:

**Venue in general.**--A civil action may be brought in—

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

GRANT II
v
DoD

EXHIBIT
IN SUPPORT OF
COMPLAINT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM LEE GRANT, II,

        Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY;
SPECIAL COLLECTION SERVICE; and
STATE OF ILLINOIS,

        Defendant.

Case No. 19-CV-1104-NJR-RJD

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

On October 9, 2019, Plaintiff William Lee Grant, II, filed a complaint against the Central Intelligence Agency, the Special Collection Service, and the State of Illinois (Doc. 2). In his complaint, he made numerous rambling and non-sensical allegations about wrongdoings of various public figures. *Id.* Along with the complaint, Grant filed a motion to proceed *in forma pauperis* ("IFP") (Doc. 3). Under 28 U.S.C. § 1915(a)(1), a federal district court may allow a civil case to proceed without prepayment of fees if the movant "submits an affidavit that includes a statement of all assets he possesses [showing] that he is unable to pay such fees or give security therefor." Grant has not completely satisfied this requirement, because he has not itemized his monthly expenditures. Instead, he merely states that he received $192.00 per month in Supplemental Nutrition Assistance Program benefits from February 2019 to January 2019 (Doc. 3 at 2). He identifies no other source of income (*Id.* at 1-3).

Furthermore, Section 1915(e)(2) requires careful threshold scrutiny of the complaint

Page 1 of 3



filed by an IFP plaintiff. The Court must dismiss any complaint if the allegation of poverty is untrue or if the action is frivolous or malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief against a defendant who is immune from such relief. *Id.; see also Hoskins v. Poelstra*, 320 F.3d 761, 763 (7th Cir. 2003) ("District judges have ample authority to dismiss frivolous or transparently defective suits spontaneously, and thus save everyone time and legal expense."). Thus, resolution of Grant's motion for IFP requires the undersigned District Judge to closely review the allegations of his petition. Grant's claims fail this additional level of review.

Here, the fundamental problem is that Grant's allegations are frivolous. Grant detailed his attempts to file a similar rendition of this complaint on numerous occasions before courts across the country, including previously in this Court (Doc. 2 at 19-27).[1] Nothing about this most recent filing before the Court transforms his claims from frivolous to non-frivolous. Grant makes pages of bare allegations in non sequitur form. He claims, for instance, that he was forced to "act gay" under duress, that former Governor Bruce Rauner bribed former Chicago Mayor Rahm Emanuel to hide national security reports during his time in the White House under President Bill Clinton, and that Courtney Love killed her husband Kurt Cobain (of the defunct rock band Nirvana). Appended to his complaint, Grant also included a copy of a dismissal from another court, as well as various documents of

---

[1] He has filed other complaints before the Central District of California, the District of Columbia, the Northern District of Georgia; the Northern District of Illinois; the Central District of Illinois; the District of Maryland; the District of Nebraska; the Eastern District of New York; the Southern District of New York; the Eastern District of Texas; the Northern District of Texas; the Southern District of Texas; the Western District of Texas; the Eastern District of Virginia; and the Court of Federal Claims. He has appealed to the Second Circuit; the Fourth Circuit; the Fifth Circuit; the Seventh Circuit; the Eighth Circuit; the Ninth Circuit; the Eleventh Circuit; the Federal Circuit; and the D.C. Circuit.




GRANT II _____
V
DoD

EXHIBIT IN SUPPORT OF
COMPLAINT

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| WILLIAM LEE GRANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-174 |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY; | ) | |
| SPECIAL COLLECTION SERVICE; and | ) | |
| STATE OF ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed.  (Doc. no. 7.)

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge

as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which

relief can be granted, and **CLOSES** this civil action.

SO ORDERED this 20th day of November, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

COURT DID NOT
FIND MR. GRANT'S
ALLEGATIONS TO BE:
28 USC 1915(e)(2)(B)(i),
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).
Wm G — 11/30/2019

GRANT II  <span style="background:black">   </span>   EXHIBIT IN SUPPORT OF COMPLAINT
  v
DoD

### IN THE UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF GEORGIA

### AUGUSTA DIVISION

| | | |
|---|---|---|
| WILLIAM LEE GRANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-174 |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY; | ) | |
| SPECIAL COLLECTION SERVICE; and | ) | |
| STATE OF ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff commenced the above-captioned case *pro se* and is proceeding *in forma pauperis* ("IFP"). Because he is proceeding IFP, Plaintiff's complaint must be screened to protect potential Defendants. Phillips v. Mashburn, 746 F.2d 782, 785 (11th Cir. 1984). Pleadings drafted by *pro se* litigants must be liberally construed, Haines v. Kerner, 404 U.S. 519, 520-21 (1972), but the Court may dismiss a complaint, or any part thereof, that is frivolous or malicious or that fails to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B)(i) & (ii).

Plaintiff fails to state viable claims against Defendants. A claim is frivolous where "it relies on factual allegations that are 'clearly baseless,' which includes allegations that are 'fanciful,' 'fantastic,' and 'delusional.'" Gary v. United States Gov't, 540 F. App'x 916, 917 (11th Cir. 2013) (citing Denton v. Hernandez, 504 U.S. 25, 32-33 (1992)). Stated otherwise, "[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible." Id.

Here, Plaintiff's claims are clearly baseless, fanciful, and fail to state a claim. For example, Plaintiff states he was created by the United States Secretary of Defense to predict future nuclear attacks, and he alleges the Central Intelligence Agency assassinated United State President John F. Kennedy. (See doc. no. 2.) These allegations, as with the rest of the complaint, are completely frivolous and should be denied.

Accordingly, for the reasons set forth above, the Court **REPORTS** and **RECOMMENDS** Plaintiff's complaint be **DISMISSED** for failure to state a claim upon which relief may be granted and this civil action be **CLOSED**.

SO ORDERED this 1st day of November, 2019, at Augusta, Georgia.

_Brian K. Epps_
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

COURT DID NOT FIND MR. GRANT'S ALLEGATIONS
TO BE: 28 USC 1915 (e)(2)(B)(i),
28 USC 1915 (e)(2)(B)(ii), OR
28 USC 1915 (e)(2)(B)(iii),
WELL S— 11/22/2019

GRANT II v DoD
EXHIBIT IN SUPPORT OF COMPLAINT



STATE OF ILLINOIS
## OFFICE OF THE GOVERNOR
SPRINGFIELD, ILLINOIS 62706

**Pat Quinn**
GOVERNOR

August 2, 2010

Re: William Grant

To Whom It May Concern,

It is my pleasure to provide this letter of recommendation for William Grant. I am currently William's direct supervisor in Governor Pat Quinn's Office of Citizen Action. He has been an intern here since June 2010.

As a Constituent Affairs intern, William was responsible for managing constituent phone calls, opening and responding to letters, occasionally drafting public documents such as proclamations and newsletter articles and working on projects related to constituent outreach. He had the opportunity to become very familiar with state government and developed a solid understanding of the functions of many of the State agencies under the purview of the Governor.

Throughout the summer, he also managed the valedictorian celebration at the 2010 State Fair, which is an annual event attended by high school valedictorians throughout the state, as well as the Governor. He managed this project on his own and was solely responsible for the logistics of this major event as well as communicating with all participants.

William has been a very valuable asset not only to the Governor's Office of Citizen Action, but was helpful in other units within the Governor's Office as well. He is a team player and I believe he will be a great addition to your office. I do not hesitate to offer my recommendation.

Sincerely,

Donna Dalton
Director of Constituent Affairs

93

AMENDED COMPLAINT                                    OPERATION: HOMETOWN GLORY
16-CV-3245

GRANT II v DoD
EXHIBIT IN SUPPORT OF COMPLAINT



**SHEILA SIMON**
LIEUTENANT GOVERNOR
STATE OF ILLINOIS

December 2, 2011

Re: Will Grant

Dear Friends,

It is with some sadness that I recommend Will Grant for your consideration as an employee.  I am sad to do so because I will miss him on my staff.

Will has worked on my staff for almost a year now, and I have benefitted greatly.  He is open and engaging, traits which make him such a good person for the constituent contact he has on a daily basis.  In addition to doing his work well, Will has the extra quality of being good to work with.  I have consistently enjoyed my interactions with Will, whether it has been about the needs of constituents or about his crazy vegetable diet.

I should also add, because of our history as a state, Will should not be given any special consideration based on political connections or my recommendation.  I write this letter as one employer to another employer.  I ask that you consider Will and all of his qualifications, and I believe both you and he will be well served.

Thanks, and please feel free to call me if you have any questions.

Sincerely,

Sheila Simon
Lt. Governor of Illinois

IDOT
District 9 Headquarters
Carbondale, IL 62903
Phone: (618) 529-6452
Fax: (618) 529-6455

214 State House
Springfield, IL 62706
Phone: (217) 558-3085
Fax: (217) 558-3094
TTY : 1-800-563-7110

JRTC, 15-200
Chicago, IL 60601
Phone: (312) 814-5240
Fax: (312) 814-5228

Printed on Recycled Paper

AMENDED COMPLAINT
16-CV-3245

OPERATION: HOMETOWN GLORY

EXHIBIT IN SUPPORT OF COMPLAINT
GRANT II v DoD

Case 1:19-cv-25091-MGC Document 1 Entered on FLSD Docket 12/10/2019 Page 26 of 32



STATE OF ILLINOIS
## OFFICE OF THE GOVERNOR
SPRINGFIELD, ILLINOIS 62706

**Pat Quinn**
GOVERNOR

December 21, 2014

To Whom It May Concern:

I am pleased to recommend Will Grant for employment. I have always known Will to be a skilled and dedicated public servant for the State of Illinois. His innate interpersonal skills and work ethic have earned him the respect and confidence of his colleagues.

Will is highly organized, mission oriented, and hard working. Will has proven himself to be an essential team member, and I am confident he will continue to be just that with his future employers.

I am certain that he will be an asset and make great contributions to your organization. If you have any additional questions regarding Will's experience or abilities, please do not hesitate to contact me.

Sincerely,

Ryan Croke
Chief of Staff
(847) 271-7926

97

AMENDED COMPLAINT                    OPERATION: HOMETOWN GLORY
16-CV-3245

*GRANT II V DOD*
*EXHIBIT IN SUPPORT OF COMPLAINT*

Illinois Department of Employment Security
Appeals - Springfield
607 East Adams, 9th Floor
Springfield, IL 62701
Phone: (800) 244-5631 · TTY: (888) 205-3145
www.ides.illinois.gov

WILLIAM L. GRANT
901 WYTHE RD
SPRINGFIELD, IL 62702-3428

| | |
|---|---|
| Date Mailed: | 03/10/2015 |
| Claimant ID: | 2703013 |
| Docket Number: | 1505989 |
| Appeal Filed Date: | 02/03/2015 |
| Date of Hearing: | 03/06/2015 |
| Type of Hearing: | Telephone |
| Place of Hearing: | Springfield |

## Administrative Law Judge's Decision

(Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con el Centro de Servicio al Reclamante al (800) 244-5631)

Claimant Appellant
WILLIAM L. GRANT
901 WYTHE RD
SPRINGFIELD, IL 62702-3428

Employer
DEPT OF TRANSPORTATION DEPT OF
TRANSPORTATION
2300 S DIRKSEN PKWY
SPRINGFIELD, IL 62764-0001

**Appearances/Issues/Employer Status:** The claimant and employer appeared and testified. Whether the Claimant left work voluntarily without good cause attributable to the employer? See 820 ILCS 405/601A. The employer is a party to the appeal.

**Findings of Fact:** The claimant worked for the employer as a technical manager/staff assistant in the legal department. He was paid about $47,500 a year, began in 2012 and last worked on or about October 27, 2014. The claimant was advised in August of 2014 that the employer was going to lay him off at the end of September. The union filed a lawsuit and the layoff was postponed until the end of October of 2014. The claimant was then advised the layoff has been postponed indefinitely. The claimant was on a month to month lease. The landlord did not renew the lease for the month of November. The claimant returned to his hometown area in Springfield, stopped reporting to his Chicago employer work location and attempted to get a transfer through the Governor's office. The claimant reported to the Governor's office in constituent serves in November and turned in time sheets for November 6, 7, and 10, 2015. The claimant was not paid and there was subsequent contact with this employer regarding pay and his work status. The claimant was ultimately not paid by this employer given he was not working for the employer and was not on its jobsite. The claimant submitted a resignation to the employer on November 21, 2014 effective November 5, 2014. The claimant did not submit any more times sheets to the Governor's office and on or about December 3, 2014 was advised a transfer was not approved there.

**Conclusion:** 820 ILCS 405/601A provides that an individual shall be ineligible for benefits for the weeks in which he has left work voluntarily without good cause attributable to the employing unit and, thereafter, until he has become reemployed and has had earnings equal to or in excess of his current weekly benefit amount in each of four calendar weeks.

The claimant quit his job in Chicago primarily due to issues with his living arrangements. There was also evidence he sought and believed he may have had another job. While the claimant may have had a good reason to quit, the leaving was not attributable to the employer as the employer did not materially change the terms of the working agreement. There was not sufficient evidence to support a finding of an exemption. The claimant was not hired at the Governor's office and was not paid any wages. While he testified that he worked at the Governor's office for a month, the claimant only submitted approximately three days of time sheets for payment (none of which were honored). The claimant is disqualified for benefits under Section 601A of the Act.

**Decision:** The Local Office Determination is AFFIRMED. Pursuant to 820 ILCS 405/601A, the claimant is disqualified for benefits. The claimant is not eligible for benefits from 11/30/2014.

JOHN SCHELLENBERG, Administrative Law Judge
Appeals - Springfield
Fax: (309) 671-3121

L11L                          Page 1 of 2                    APL011L

*MR. GRANT QUALIFIED FOR FEDERAL UNEMPLOYMENT*
*BENEFITS PURSUANT TO § 820 ILCS 405/601(b)(2).*

AMENDED COMPLAINT                          OPERATION: HOMETOWN GLORY
16-CV-3245

GRANT II V DOD
EXHIBIT IN SUPPORT OF COMPLAINT

State of Illinois
Department of Employment Security
www.ides.illinois.gov



**IDES**
ILLINOIS DEPARTMENT OF
EMPLOYMENT SECURITY

**Request for Reconsideration of Claims Adjudicator's Determination and,
if applicable, Appeal to the Referee**

Claimant Information:

Last Name: Grant _____   First Name: William _____   MI: L

ID or SSN: 2703013 _____

**(Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con su oficina local.)**

The reconsideration process is governed by section 703 of the Illinois Unemployment Insurance Act and 56 Ill. Adm. Code 2720.160 Reconsidered Finding or Determination. If your Request for Reconsideration becomes an Appeal as a result of the reconsideration process, your case will be forwarded to the appeals unit.

*If you need additional space, please use the other side of this document, if appropriate, or attach a separate sheet of paper.*

Appellant: (Check One) ☑ Claimant   ☐ Employer (Employer, please provide Company Name and Account #)

Name: _____   Account #: _____

---

**Section A: Reason for Request for Reconsideration**

I disagree with the claims adjudicator's determination dated ___01/21/2015___ , regarding Issue 009 601A-Voluntary Leaving
_____ because:   (Give all your reasons and facts)

I was informed by the Illinois Department of Transportation (IDOT) that I was to be laid-off under a "material reorganization" for holding the position of Staff Assistant.

I was offered employment by the Office of the Illinois Governor. I worked for the Office of the Illinois Governor from November 6, 2014 to December 3, 2014.

According the the rules of the Illinois Department of Employment Security, the evidence shows that I did not lose employment through any fault of my own. I accepted a bona fide offer of employment in good faith.

Please refer to Attachment A for my list of reasons and facts for a Request for Reconsideration and an Appeal. Please refer to Attachments B through E for supporting documentation.

---

\* Note to claimant: You must continue to certify for benefits by Tele-Serve or Online for each two week period that you are unemployed during the appeal process.

---

**Section B: Signature**

Signature: *William L. Grant*   Date: 02/03/2015 _____

Name (Printed or Typed): William L. Grant   Telephone Number: 217-726-5269

---

ADJ024F                    Page 1 of 1              BEN-523            Rev. (09/2011)

AMENDED COMPLAINT                          OPERATION: HOMETOWN GLORY
16-CV-3245

- On November 21, 2014, I was contacted by Governor Quinn's Deputy Chief of Staff (Juan Morado), and informed that I needed to submit my resignation to IDOT through my former supervisor, Rick Kabaker). (Please see Attachment E.)

- I worked in the Governor's Office of Constituent Affairs from November 10, 2014 until the close of business on December 3, 2014, excluding holidays. Two time sheets are attached. The time sheets are signed by Carmen Flynn, the previous Deputy Director of the Governor's Office of Constituent Affairs. (Please see Attachment D.)

- I was informed after the close of business on December 3, 2014 I was unable to be added to the payroll (i.e., get paid) due to the litigation between IDOT and the Teamster's 916 Union.

175

AMENDED COMPLAINT                    OPERATION: HOMETOWN GLORY
16-CV-3245



**Illinois Department of Transportation**
Office of the Secretary
2300 South Dirksen Parkway / Springfield, Illinois / 62764
Telephone 217/782-5597

September 16, 2014

William Grant
901 Wythe Rd
Springfield, Il 62702

Dear Mr. William Grant:

It is with regret that I must inform you that, in accordance with Article XII, Section 1, of the General Teamsters/Professional & Technical Employees Collective Bargaining Agreement (Pro-Tech 916), this correspondence will serve as final notification of the Department's layoff due to material reorganization. Unfortunately, your position has been identified for layoff. The effective date of the layoff is at the close of business on September 30, 2014.

After the layoff, in order to maintain your eligibility for recall, it is your responsibility to keep the Central Bureau of Personnel Management up to date with your current mailing and/or home address. Should you need to update your contact information, please call the Bureau of Personnel Management at 217/782-5594. In accordance with Article XII, Section 5, failure to respond when contacted at the address last given by the employee constitutes removal from the Recall List.

Sincerely,

Erica Borggren
Acting Secretary of IDOT

177

AMENDED COMPLAINT                                    OPERATION: HOMETOWN GLORY
16-CV-3245

Gmail - Re: out of office                                                    Page 2 of 2

CONFIDENTIALITY NOTICE:  This e-mail is a confidential attorney/client, attorney work product, and/or pre-
decisional FOIA exempt document intended solely for the use of the individual(s) to whom it is addressed,
and should be handled accordingly.  If you are not the intended recipient(s), please be advised that you have
received this e-mail in error and that the use, dissemination, forwarding, printing or copying of this e-mail is
strictly prohibited.  If you have received this e-mail in error, please notify Rick Kabaker immediately.


-----Original Message-----
From: William Grant [mailto:wgran2@gmail.com]
[Quoted text hidden]

**William Grant** <wgran2@gmail.com>                               Thu, Nov 6, 2014 at 9:35 AM
To: "Kabaker, Rick" <Rick.kabaker@illinois.gov>

COS Croke and Deputy Cajindos. They're both in Chicago today if you want to speak to them.

Sent from my iPhone
[Quoted text hidden]

AMENDED COMPLAINT                          OPERATION: HOMETOWN GLORY
16-CV-3245

Gmail - RE: Resignation                                              Page 1 of 1

                     William Grant <wgran2@gmail.com>

**RE: Resignation**
1 message

Grant, William L. (GOV) <William.L.Grant@illinois.gov>          Fri, Nov 21, 2014 at 10:54 AM
To: "Kabaker, Rick" <Rick.kabaker@illinois.gov>

  I hereby submit my resignation effective November 5, 2014.

Attachment

' E '

181

AMENDED COMPLAINT                          OPERATION: HOMETOWN GLORY
16-CV-3245